```
FILED        ___ LODGED
RECEIVED     ___ COPY

DEC  9 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

PATRICK E. CHAPMAN
Assistant United States Attorney
Arizona State Bar No. 025407
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Patrick.Chapman@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> Christopher Angel Trejo, <br><br> Defendant. | No. CR25-01643-PHX-JJT (JZB) <br><br> **INDICTMENT** <br><br> VIO: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) <br> (Felon in Possession of a Firearm) <br> Count 1 <br><br> 18 U.S.C. §§ 922(o) and 924(a)(2) <br> (Possession or Transfer of a Machinegun) <br> Count 2 <br><br> 18 U.S.C. §§ 924(d) and 981; <br> 21 U.S.C. § 853; and <br> 28 U.S.C. § 2461(c) <br> (Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

On or about November 13, 2025, in the District of Arizona, Defendant CHRISTOPHER ANGEL TREJO, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: one (1) Glock 22C, .40 caliber pistol bearing serial number AAH446, which had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**COUNT 2**

On or about November 13, 2025, in the District of Arizona, Defendant CHRISTOPHER ANGEL TREJO, did knowingly possess a machinegun, that is, machinegun conversion devices, parts commonly known as "Glock switches," which are designed and intended solely and exclusively for use in converting a firearm into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations of Counts 1 – 2 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), and upon conviction of the offense(s) alleged in Counts 1 – 2 of this Indictment, defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offenses, and (b) any of defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses including, but not limited to the following property involved and used in the offenses:

(1) one Glock 22C, .40 caliber pistol bearing serial number AAH446.

If any of the above-described forfeitable property, as a result of any act or omission of defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States to seek forfeiture of any other property of said

defendants up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code 853(p).

All in accordance with Title 18, United States Code, Sections 924(d) and 981, Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

_____S/_____
FOREPERSON OF THE GRAND JURY
Date: December 9, 2025

TIMOTHY COURCHAINE
United States Attorney
District of Arizona


_____S/_____
PATRICK E. CHAPMAN
Assistant U.S. Attorney